An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL JOSEPH JARVIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62785

**FILED**

APR 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _K. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order revoking bail and remanding defendant to custody. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from the aforementioned order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_Hardesty_ , J.
Hardesty

_Parraguirre_ , J.
Parraguirre

_Cherry_ , J.
Cherry

cc: Hon. Robert W. Lane, District Judge
Daniel Joseph Jarvis
Alan J. Buttell & Associates
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10915